FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ROSALIO EMANUEL SANCHEZ,<br><br>Defendant. | No. 4:17-CR-6014-WFN-6<br><br>ORDER |

A trial was held from February 27, 2019 through March 7, 2019. The Defendant was present and represented by Roger Peven and Kailey Moran; Assistant United States Attorneys Stephanie Van Marter and Richard Barker represented the Government.

Over the course of the trial, the Court addressed pending motions pertinent to admissibility of evidence. The Court also addressed Defendant's oral Rule 29 motion. Defendant argued that the Government failed to present evidence of a conspiracy beyond a buyer seller relationship. The Court has reviewed the file and Motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion in Limine, filed January 25, 2019, **ECF No. 365**, is **DENIED IN PART and DENIED AS MOOT IN PART**.

2. Defendant's Supplemental Motion in Limine, filed February 9, 2019, **ECF No. 392**, is **DENIED IN PART and DENIED AS MOOT IN PART.**

3. Defendant's Third Supplemental Motion in Limine, filed February 15, 2019, **ECF No. 396**, is **DENIED AS MOOT**.

ORDER - 1

4. Defendant's Motion to Quash Subpoena, filed March 3, 2019, **ECF No. 418**, is **DENIED**.

5. Defendant's oral motion to dismiss Count 1S pursuant to Rule 29 is **DENIED** for the reasons stated on the record.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of March, 2019.

03-06-19

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2